UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                                       **ORDER**
                                                                                      23-CR-421 (DLC)

            v.

STEPHANY KOURY,
                          Defendant.
-------------------------------------------------------------------x

        Upon the application of Thomas Ambrosio, attorney for the above-named defendant, it is apparent that the defendant, Stephany Koury, is financially unable to travel to the State of New York. It being absolutely necessary that Ms. Koury appear in the Southern District of New York on September 8, 2023 for her arraignment, it is hereby;

        On this 22d day of August, 2023

        ORDERED that pursuant to 18 U.S.C. §4285, the United States Marshal Service is directed to arrange and pay for the Defendant's travel by air from Dallas, Texas to the New York City area so that she arrives no later than 1:30 p.m. on September 7, 2023. The airplane ticket should be issued in the name of "Stephany Koury."

                                                         _____
                                                           Hon. Denise L. Cote, U.S.D.J.
                                                           8/22/23