```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :     23cr421(DLC)
            -v-                       :
                                      :        ORDER
STEPHANY KOURY,                       :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea in this matter is scheduled for **January 16, 2024 at 10:30 AM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
            January 9, 2024

                                      _____
                                         DENISE COTE
                           United States District Judge