```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :     23cr421(DLC)
              -v-                     :
                                      :       ORDER
STEPHANY KOURY,                       :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

With the consent of defense counsel and the Government, it is hereby

ORDERED that the sentencing in this case is adjourned to January 10, 2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that a status letter regarding the defendant is due from defense counsel two weeks after the birth of the defendant's child.

Dated:   New York, New York
         April 18, 2024

_____
             DENISE COTE
     United States District Judge