```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :        23cr421(DLC)
             -v-                     :
                                     :          ORDER
STEPHANY KOURY,                      :
                                     :
                      Defendant.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this case is moved to January 9, 2025 at 10:00 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any supplemental sentencing submissions the parties wish the Court to consider must be filed by January 3, 2025.

Dated:   New York, New York
         November 20, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge