```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
UNITED STATES OF AMERICA                  :
                                          :   23cr421-2(DLC)
            -v-                           :
                                          :       ORDER
STEPHANY KOURY,                           :
                                          :
                    Defendant.            :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

Having received the December 20, 2024 letter from the defendant, it is hereby

ORDERED that the sentencing in this case is adjourned to February 13, 2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any supplemental sentencing submissions the parties wish the Court to consider must be filed by February 7, 2025.

Dated:   New York, New York
         December 20, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge